UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23137-Civ-COOKE/REID

ROGER AMADO GARCIA,

     Petitioner,

v.

BRIAN K. DOBBS, Warden,

     Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, under 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. *See* ECF No. 2. On October 2, 2019, Judge Reid issued a Report of Magistrate Judge ("Report") recommending that the Court dismiss Mr. Garcia's petition for lack of exhaustion or, in the alternative, deny the petition on the merits. ECF No. 13. Mr. Garcia filed objections to the Report on October 17, 2019. ECF No. 14. Mr. Garcia argues that Judge Reid made erroneous findings related to his participation in the grievance process, his inability to submit an appeal to the central office, and the RRC evaluation. *Id.*

Having considered the record and the relevant legal authorities, the Court finds the Report to be clear, cogent, and compelling. Upon a *de novo* review of Mr. Garcia's petition and the issues raised in his objections, the Court agrees with Judge Reid's recommendation to deny the habeas corpus petition on the merits. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Reid's Report (ECF No. 13), **DENIES** the Petition for writ of *habeas corpus* under 28 U.S.C. § 2241 (ECF No. 1), **DENIES** *as moot* all pending motions, and Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 29th day of October 2020.

_Marcia G. Cooke_

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Counsel of Record*
*Roger Amado Garcia,* pro se